DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MAURICIO PORTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 11-0096 JAM |
| Plaintiff, | |
| v. | JOINT REQUEST AND ORDER FOR PRE-PLEA REPORT |
| MAURICIO PORTILLO, | |
| Defendant. | |

Assistant United States Attorney, Paul Hemesath and Counsel for Defendant Mauricio Portillo, jointly stipulate and request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating Mr. Portillo's criminal history. A pre-plea report is necessary to assist the parties in reaching a plea agreement.

**IT IS SO STIPULATED**.

Dated: April 1, 2013            /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                MAURICIO PORTILLO

Dated: April 1, 2013              /S/ Paul Hemesath
                                  PAUL HEMESATH
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated: April 1, 2013              /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  United States District Court Judge

Stipulation and Order                  2